AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CHRISTOPHER BASS,

    Plaintiff,

        v.

SEAN DAVID MORTON, et al,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-253-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  1.)  Plaintiff's memoranda setting forth the detailed legal and factual basis for all claimed damages & fees (Ct. Rec. 82 & 83) are HELD IN ABEYANCE  pending an evidentiary hearing to determine damages, fees, and costs.  2.)  Plaintiff's motion for discovery sanctions (Ct. Rec. 55) is GRANTED IN PART AND HELD IN ABEYANCE IN PART.  3.)  A telephonic status conference to schedule the evidentiary hearing on damages is SET for TUESDAY, NOVEMBER 24, 2009, AT 10:00 a.m.  PARTIES ARE DIRECTED TO CALL THE COURT'S PUBLIC CONFERENCE LINE (509) 376-8880 AT THIS TIME.  USE OF CELLULAR PHONES IS PROHIBITED.

IT IS SO ORDERED.  The District Court Executive is directed to enter judgment in Plaintiff's favor, deny all other pending motions as moot, and provide copies to all counsel and defendants.

November 3, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer