# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CHRISTOPHER BASS,

                          Plaintiff,

                v.

SEAN DAVID MORTON; DARYL WEBER;
MELISSA MORTON; 27 INVESTMENTS LLC;
MAGIC EIGHT BALL DISTRIBUTING, INC.
VAJRA PRODUCTIONS LLC; DELPHI ASSOCIATES
INVESTMENT GROUP,        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-253-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment against all Defendants (Daryl Weber; Sean Morton; Melissa Morton; 27 Investments, LLC; Magic Eight Ball Distribution, Inc.; Vajra Productions, LLC; and Delphi Associates Investment Group), jointly and severally, as follows:

    Principle Judgment:          $217,000.00

    12% prejudgment interest on the following:

        $50,000 from 8/1/2006
        $67,000 from 10/5/2006
        $100,000 from 10/31/2006

   $40,879.00 in attorney fees
   $ 1,245.39 in costs

Additional judgment against Sean and Melissa Morton, jointly and severally, as follows:

    $17,242.00 in attorney fees
    $ 3,901.58 in costs


December 4, 2009                              JAMES R. LARSEN
*Date*                                               *Clerk*
                                               s/ Renea Ferrante
                                               *(By) Deputy Clerk*
                                               Renea Ferrante