UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER BASS,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN DAVID MORTON; DARYL WEBER; MELISSA MORTON; 27 INVESTMENTS LLC; MAGIC EIGHT BALL DISTRIBUTING, INC.; VAJRA PRODUCTIONS LLC; DELPHI ASSOCIATES INVESTMENT GROUP,<br><br>    Defendants. | NO. CV-08-253-EFS<br><br>**ORDER DENYING DARYL WEBER'S MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e)** |

On December 6, 2010, Defendant Daryl Weber filed a Motion for a More Definite Statement Pursuant to Rule 12(e). (ECF No. 121.) The Court is unable to provide the requested relief because default was entered against Mr. Weber on June 17, 2009, after he failed to appear in this action. (ECF No. 30.) The Court then entered judgment against Defendants, including Mr. Weber, and closed the file on December 4, 2009. (ECF Nos. 110 & 111.) Accordingly, before Mr. Weber may request a more definite statement of the claims contained in the Complaint, Mr. Weber must move to set aside the default judgment entered against him under Federal Rule of Civil Procedure 54(c). For this reason, **IT IS HEREBY ORDERED:** Defendant Weber's Motion for a More Definite Statement Pursuant to Rule 12(e) **(ECF No. 121)** is **DENIED.**

ORDER ~ 1

1    **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 this Order and provide copies to all counsel and Mr. Weber.
3 **DATED** this 10th    day of January 2011.
4
5                              s/Edward F. Shea
                              EDWARD F. SHEA
6                    United States District Judge

7 Q:\Civil\2008\253.weber.filing.wpd

ORDER ~ 2